IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff,<br><br>v.<br><br>AMOS DIAZ,<br>JAVIER TORRES-HERNANDEZ,<br>JOSE LUIZ SANCHEZ QUINTERO,<br>GENNELLE GLACKIN,<br>ALBERTO DIAZ,<br>JOSEPHINE HAMM,<br>SERVANDO LOPEZ,<br>HECTOR SOLIS CHAPARRO,<br>IRMA POBLANO and<br>JOEL RODRIGUEZ,<br><br>        Defendants. | Case No. 23-20044-DDC |

## MOTION TO UNSEAL

The United States of America, by and through undersigned counsel, moves for leave to unseal the Indictment.

Respectfully Submitted,

KATE E. BRUBACHER
United States Attorney
District of Kansas

 s/ *Michelle McFarlane*
MICHELLE McFARLANE, # 26824
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
(913) 551-6730 (telephone)

1

(913) 551-6541 (facsimile)  
E-mail: michelle.mcfarlane@usdoj.gov  
ELECTRONICALLY FILED  
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2023, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in the above-captioned case.

/s/ Michelle McFarlane
MICHELLE McFARLANE
Assistant United States Attorney