# SEALED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
### (Kansas City Docket)

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>IRMA POBLANO,<br>72470-510   Defendant. | <br>**RECEIVED**<br>By United States Marshals Service, KCK at 1:29 pm, Jul 27, 2023<br><br>Case No. 23-20044-09-DDC/TJJ<br>Filed Under Seal |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

IRMA POBLANO, who is accused of an offense or violation based on the following document filed with the court:

| | | |
|---|---|---|
| [X] Indictment | [ ] Superseding Indictment | [ ] Information |
| [ ] Superseding Information | [ ] Complaint | [ ] Probation Violation Petition |
| [ ] Supervised Release Violation Petition | [ ] Violation Notice | [ ] Order of the Court |

This offense is briefly described as follows:

Ct. 1: 21 U.S.C. § 846 – Conspiracy to Distribute and PWITD Methamphetamine;
Ct. 18: 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) & 18 U.S.C. § 2 – Distribution of Methamphetamine;
Forfeiture Allegations

Date: 7/27/2023

City and State: Kansas City, KS

s/M. Barnes, Deputy Clerk
*Issuing officer's signature*

Skyler B. O'Hara, Clerk of Court
*Printed name and title*

### Return

This warrant was received on (date) 7/27/23, and the person was arrested on (date) 8/10/23

at (city and state) KCK.

Date: 8/10/23

*Arresting officer's signature*

JACOB DENT DUSM
*Printed name and title*