# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 23-cr-20044-DDC-09 |
| Irma Poblano ) | |
| ) | |
| *Defendant* ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: United States Courthouse<br>500 State Ave<br>Kansas City KS 66101-2431 | Courtroom No.: 236 |
|---|---|
| | Date and Time: August 16, 2023 at 2:30 PM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 08/14/2023

*Judge's signature*

Teresa J. James, Magistrate Judge
*Printed name and title*